Garrett W. Wotkyns, Bar No. 025887
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
8068 East Del Acero Drive
Scottsdale, AZ 85258
Telephone: 480-889-3514
Facsimile:  212-233-6334
gwotkyns@scott-scott.com

*Attorneys for Lead Plaintiff Movant Peter Frouws*
*and Proposed Co-Lead Counsel for the Class*

[Additional Counsel on Signature Page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| MEHRAN ESFANDIARI, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>EDGIO, INC. F/K/A LIMELIGHT NETWORKS, INC., ROBERT LYONS, DANIEL BONCEL, and STEPHEN CUMMING,<br><br>                    Defendants. | Case No. 2:23-cv-00691-DJH<br><br>**DECLARATION OF GARRETT W. WOTKYNS IN SUPPORT OF PETER FROUWS' MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS, (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF CO-LEAD COUNSEL** |
| STEPHEN D. MARINELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>EDGIO, INC. F/K/A LIMELIGHT NETWORKS, INC., ROBERT A. LYONS, DANIEL BONCEL,  ROBERT A. LENTO, STEPHEN CUMMING and DANIEL R. BONCEL,<br><br>                    Defendants. | Case No. 2:23-cv-01170-SMM |

I, Garrett W. Wotkyns, pursuant to 28 U.S.C. §1746, declare as follows:

1.       I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for lead plaintiff movant Peter Frouws ("Frouws" or "Movant"), and proposed Co-Lead Counsel for the Class.

2.       I submit this declaration, together with the attached exhibits, in support of Movant's motion for consolidation of related actions, appointment as Lead Plaintiff, and approval of his selection of Scott+Scott and the Schall Law Firm as Co-Lead Counsel for the Class.

3.       Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:  Notice published on April 25, 2023, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") via *BusinessWire*;

Exhibit B:  Notice published on June 23, 2023, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") via *GlobeNewswire*;

Exhibit C:  Movant's Loss Chart;

Exhibit D:  Movant's PSLRA Certification;

Exhibit E:  Movant's Declaration;

Exhibit F:  Scott+Scott's firm résumé; and

Exhibit G:  The Schall Law Firm firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 26th day of June 2023, in Scottsdale, Arizona.

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s/ Garrett W. Wotkyns*
Garrett W. Wotkyns

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2023, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on June 26, 2023, at Scottsdale, Arizona.

s/ *Garrett W. Wotkyns*
Garrett W. Wotkyns

DECLARATION OF GARRETT W. WOTKYNS IN SUPPORT OF PETER FROUWS' MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF CO-LEAD COUNSEL
Case No. 2:23-CV-00691-DJH