# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mehran Esfandiari, | No. CV-23-00691-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Edgio Incorporated, et al., | |
| Defendants. | |

Plaintiffs initiated this action on April 25, 2023, asserting claims against Defendants under Section 10(b) and Rule 10b-5 of the Securities Exchange Act of 1934 (Doc. 1). Before the Court is a Stipulation and Proposed Scheduling Order (Doc. 7). For good cause showing,

**IT IS ORDERED** that the Court Stipulation (Doc. 7) is **partially approved**. The following deadlines shall apply:

1. The purported class member that will be appointed Lead Plaintiff by the Court shall have sixty (60) days from the time the Court appoints a Lead Plaintiff to file and serve an amended complaint;

2. Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint shall be extended to thirty (30) days after the later of (a) the notification of Defendants by the Lead Plaintiff that the Lead Plaintiff will not file an amended complaint or (b) the filing by the Lead Plaintiff of an amended complaint. **If the Lead Plaintiff notifies Defendants they will not file an amended complaint, they shall also file a notification with the**

**Court, specifying the day on which the notification was made**;

3. Absent good cause for an extension of time, the briefing schedule for any motion to dismiss shall be governed by the Arizona Local Rules of Civil Procedure.  The parties shall ensure they comply with the Court's meet and confer requirements before filing a motion to dismiss.  (Doc. 5 at 2–3).

4.  The Court shall schedule a Rule 16 Scheduling Conference following either the filing of Defendants' answer or the Court's resolution of a motion to dismiss.

Dated this 13th day of June, 2023.

Honorable Diane J. Humetewa
United States District Judge

- 2 -