**POMERANTZ LLP**
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com

*Attorney for Movants Nathan Javari and*
*Stephen D. Marinelli*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Mehran Esfandiari, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Edgio, Inc. f/k/a Limelight Networks, Inc., Robert Lyons, Daniel Boncel, and Stephen Cumming,<br><br>Defendants. | Case No. CV-23-691-PHX-DJH<br><br>Hon. Diane J. Humetewa<br><br>**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF NATHAN JAVARI AND STEPHEN D. MARINELLI FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL** |
| Stephen D. Marinelli, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Edgio, Inc. f/k/a Limelight Networks, Inc., Robert A. Lyons, Robert A. Lento, Stephen Cumming, and Daniel R. Boncel,<br><br>Defendants. | Case No. CV-23-01170-PHX-SMM |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Nathan Javari and Stephen D. Marinelli (together, "Javari and Marinelli"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Javari and Marinelli's motion for consolidation of the above-captioned related actions ("Related Actions"), appointment as Co-Lead Plaintiffs for the Class, and approval of their selection of Pomerantz as Lead Counsel and Keller Rohrback L.L.P. ("Keller Rohrback") as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart reflecting Javari and Marinelli's financial interest in this litigation;

Exhibit B:   Press release published over *Business Wire* on April 25, 2023, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:   Shareholder Certifications executed by Javari and Marinelli;

Exhibit D:   Joint Declaration executed by Javari and Marinelli;

Exhibit E:   Firm resume of Pomerantz; and

Exhibit F:   Firm resume of Keller Rohrback.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 26, 2023.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

1