# EXHIBIT A

**Edgio, Inc. (f/k/a Limelight Networks, Inc.) (EGIO)**
**Class Period: July 21, 2020 to March 12, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $0.6440 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | |
| Nathan Javari, Acct 1 | | 45,452 | | ($196,208) | | (20,000) | | $77,162 | 25,452 | $16,390 | ($102,655) |
| Nathan Javari, Acct 2 | | 20,052 | | ($107,681) | | 0 | | $0 | 20,052 | $12,913 | ($94,768) |
| Stephen D Marinelli | | 20,000 | | ($120,400) | | 0 | | $0 | 20,000 | $12,879 | ($107,521) |
| **Nathan Javari; Stephen D Marinelli** | | **85,504** | | **($424,289)** | | **(20,000)** | | **$77,162** | **65,504** | **$42,182** | **($304,944)** |
| | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | |
| Nathan Javari | | | | | | | | | | | |
| Nathan Javari | 10/14/2020 | 8,126 | $6.2850 | ($51,072) | 3/16/2022 | (8,000) | $4.4551 | $35,641 | | | |
| Nathan Javari | 10/15/2020 | 4,726 | $6.0566 | ($28,623) | 5/25/2022 | (12,000) | $3.4601 | $41,521 | | | |
| Nathan Javari | 4/30/2021 | 12,600 | $3.2179 | ($40,546) | | | | | | | |
| Nathan Javari | 3/14/2022 | 8,000 | $4.4950 | ($35,960) | | | | | | | |
| Nathan Javari | 4/28/2022 | 12,000 | $3.3339 | ($40,007) | | | | | | | |
| **Nathan Javari** | | **45,452** | | **($196,208)** | | **(20,000)** | | **$77,162** | **25,452** | **$16,390** | **($102,655)** |
| | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | |
| Nathan Javari | 10/13/2020 | 500 | $6.5500 | ($3,275) | | | | | | | |
| Nathan Javari | 10/13/2020 | 600 | $6.5400 | ($3,924) | | | | | | | |
| Nathan Javari | 10/13/2020 | 600 | $6.5450 | ($3,927) | | | | | | | |
| Nathan Javari | 10/13/2020 | 767 | $6.5500 | ($5,024) | | | | | | | |
| Nathan Javari | 10/13/2020 | 3,459 | $6.5500 | ($22,656) | | | | | | | |
| Nathan Javari | 10/13/2020 | 6,300 | $6.5600 | ($41,328) | | | | | | | |
| Nathan Javari | 12/30/2021 | 7,826 | $3.5199 | ($27,547) | | | | | | | |
| **Nathan Javari** | | **20,052** | | **($107,681)** | | **0** | | **$0** | **20,052** | **$12,913** | **($94,768)** |
| | | | | | | | | | | | |
| **Stephen D Marinelli** | 10/15/2020 | **20,000** | **$6.0200** | **($120,400)** | | | | | **20,000** | **$12,879** | **($107,521)** |

*Avg Closing Prices from March 13, 2023 to June 9, 2023