# EXHIBIT B



# Pomerantz Law Firm Announces the Filing of a Class Action Against Edgio, Inc. f/k/a Limelight Networks, Inc. and Certain Officers – EGIO

June 23, 2023 22:00 ET| Source: **Pomerantz LLP**    **Follow**

NEW YORK, June 23, 2023 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Edgio, Inc. f/k/a Limelight Networks, Inc. ("Edgio" or the "Company") (NASDAQ: EGIO), and certain officers. The class action, filed in the United States District Court for the District of Arizona, Phoenix Division, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Edgio securities between July 21, 2020 and March 12, 2023, inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Exchange Act of 1934 ("Exchange Act").

If you are a shareholder who purchased or otherwise acquired Edgio securities during the Class Period, you have until June 26, 2023 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Edgio provides software solutions for companies. Edgio's services include digital content delivery, online video delivery, cloud security, edge computing, cloud storage, and professional services. On June 16, 2022, the Company changed its name from "Limelight Networks, Inc." to "Edgio, Inc."

The complaint alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (i) the



Company's revenue had been overstated in certain periods; (iv) accordingly, the Company's revenue forecasts were unreliable; and (v) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

On March 13, 2023, before the market opened, Edgio issued a press release announcing that it will restate its previously issued financial statements for the years ended December 31, 2021 and 2020, as well as the quarterly reports for fiscal 2022 and 2021, because its audit committee "identified an error in the Company's historic accounting treatment of Edgio's Open Edge solution." The Company anticipated the restatements would result in a "reduction to revenue of up to approximately $23.0 million for the nine-month period ended September 30, 2022, up to approximately $16.7 million for the twelve-month period ended December 31, 2021, and up to approximately $6.6 million for the twelve-month period ended December 31, 2020." As a result, the Company stated that it would be unable to file its annual report on time.

On this news, Edgio's stock price fell $0.16 per share, or 15.5%, to close at $0.87 per share on March 13, 2023, thereby injuring investors.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980