# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 07/21/2020 to 03/12/2023**

**EDGIO INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| LLNW/EGIO | 53261M104 | B1YB674 | US53261M1045 | $0.64391 | * |

**Peter Frouws - Account 1**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 8/7/2020 | 2,000 | $6.08 | -$12,159.80 |
| Purchase | 8/7/2020 | 1,000 | $6.08 | -$6,079.90 |
| Purchase | 8/7/2020 | 589 | $6.08 | -$3,581.06 |
| Purchase | 8/7/2020 | 411 | $6.09 | -$2,502.99 |
| Purchase | 8/7/2020 | 411 | $6.08 | -$2,498.84 |
| Purchase | 8/7/2020 | 403 | $6.09 | -$2,454.27 |
| Purchase | 8/7/2020 | 367 | $6.09 | -$2,235.03 |
| Purchase | 8/7/2020 | 300 | $6.09 | -$1,827.00 |
| Purchase | 8/7/2020 | 300 | $6.09 | -$1,827.00 |
| Purchase | 8/7/2020 | 186 | $6.09 | -$1,132.74 |
| Purchase | 8/7/2020 | 33 | $6.09 | -$200.97 |
| Purchase | 8/11/2020 | 1,000 | $6.00 | -$5,995.00 |
| Purchase | 8/11/2020 | 1,000 | $5.96 | -$5,964.10 |
| Purchase | 8/11/2020 | 1,000 | $5.96 | -$5,960.00 |
| Purchase | 8/11/2020 | 1,000 | $5.95 | -$5,945.00 |
| Purchase | 8/11/2020 | 1,000 | $5.93 | -$5,932.30 |
| Purchase | 8/11/2020 | 1,000 | $5.93 | -$5,925.00 |
| Purchase | 8/11/2020 | 1,000 | $5.92 | -$5,915.00 |
| Purchase | 8/11/2020 | 1,000 | $5.91 | -$5,914.80 |
| Purchase | 8/11/2020 | 1,000 | $5.91 | -$5,905.00 |
| Purchase | 8/11/2020 | 1,000 | $5.90 | -$5,895.00 |
| Purchase | 8/27/2020 | 1,000 | $5.70 | -$5,695.00 |
| Purchase | 8/27/2020 | 1,000 | $5.70 | -$5,695.00 |
| Purchase | 8/27/2020 | 1,000 | $5.68 | -$5,680.00 |
| Purchase | 10/23/2020 | 5,000 | $4.39 | -$21,950.00 |
| Purchase | 10/23/2020 | 2,300 | $4.40 | -$10,117.70 |
| Purchase | 10/23/2020 | 1,600 | $4.41 | -$7,056.00 |
| Purchase | 10/23/2020 | 850 | $4.23 | -$3,595.50 |
| Purchase | 10/23/2020 | 800 | $4.40 | -$3,520.00 |
| Purchase | 10/23/2020 | 300 | $4.40 | -$1,318.50 |
| Purchase | 1/20/2021 | 150 | $4.00 | -$599.58 |
| Purchase | 2/10/2021 | 9,000 | $4.61 | -$41,445.00 |
| Purchase | 2/14/2022 | 1,000 | $3.99 | -$3,987.50 |
| Purchase | 5/4/2022 | 1,000 | $3.41 | -$3,407.10 |
| Purchase | 5/4/2022 | 5,000 | $3.42 | -$17,100.00 |
| Purchase | 5/4/2022 | 5,000 | $3.39 | -$16,950.00 |
| Purchase | 5/4/2022 | 4,000 | $3.41 | -$13,628.40 |
| Purchase | 5/5/2022 | 5,000 | $3.74 | -$18,694.50 |
| Purchase | 5/5/2022 | 1,000 | $3.69 | -$3,685.00 |

| Purchase | 5/5/2022 | 1,000 | $3.70 | -$3,696.30 |
|---|---|---|---|---|
| Purchase | 5/5/2022 | 1,000 | $3.70 | -$3,697.50 |
| Purchase | 5/5/2022 | 1,000 | $3.69 | -$3,685.00 |
| Purchase | 5/5/2022 | 1,000 | $3.67 | -$3,670.00 |
| Purchase | 5/5/2022 | 5 | $3.70 | -$18.48 |
| Purchase | 5/5/2022 | 995 | $3.70 | -$3,680.51 |
| Purchase | 5/5/2022 | 600 | $3.70 | -$2,220.00 |
| Purchase | 5/6/2022 | 400 | $3.53 | -$1,412.00 |
| Purchase | 5/6/2022 | 1,000 | $3.54 | -$3,540.00 |
| Purchase | 5/9/2022 | 1,000 | $3.44 | -$3,436.10 |
| Purchase | 5/9/2022 | 1,000 | $3.42 | -$3,417.30 |
| Purchase | 6/2/2022 | 1,000 | $2.91 | -$2,907.30 |
| Purchase | 8/26/2022 | 900 | $3.65 | -$3,280.50 |
| Purchase | 8/26/2022 | 100 | $3.65 | -$364.85 |
| Purchase | 8/26/2022 | 1,000 | $3.65 | -$3,647.10 |
| Purchase | 8/26/2022 | 1,000 | $3.65 | -$3,646.60 |
| Purchase | 8/26/2022 | 1,000 | $3.65 | -$3,645.00 |
| Purchase | 8/26/2022 | 1,000 | $3.64 | -$3,635.40 |
| Purchase | 8/26/2022 | 1,000 | $3.65 | -$3,645.00 |
| Purchase | 8/26/2022 | 1,000 | $3.64 | -$3,639.10 |
| Purchase | 8/26/2022 | 1,000 | $3.64 | -$3,635.00 |
| Purchase | 8/26/2022 | 100 | $3.64 | -$363.50 |
| Purchase | 8/26/2022 | 100 | $3.64 | -$364.00 |
| Purchase | 8/26/2022 | 800 | $3.64 | -$2,911.68 |
| Purchase | 9/6/2022 | 5,000 | $3.33 | -$16,646.50 |
| Purchase | 9/6/2022 | 5,000 | $3.32 | -$16,591.50 |
| Purchase | 9/6/2022 | 5,000 | $3.31 | -$16,549.50 |
| Purchase | 9/6/2022 | 5,000 | $3.30 | -$16,499.50 |
| **Class Period purchases:** | | **100,000** | | **-$414,420.79** |
| | LIFO Retained Purchases: | 100,000 | $0.64391 | $64,391.11 |

**\* Value of retained shares is the mean trading price from 03/13/2023 to 06/09/2023**

                                                          **LIFO Gain/(Loss):   -$350,029.68**

**EDGIO INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| **LLNW/EGIO** | **53261M104** | **B1YB674** | **US53261M1045** | **$0.64391**   * |

**Peter Frouws - Account 2**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 5/9/2022 | 650 | $3.41 | -$2,213.25 |
| Purchase | 5/9/2022 | 1,000 | $3.42 | -$3,417.80 |
| Purchase | 5/9/2022 | 1,000 | $3.43 | -$3,426.00 |
| Purchase | 5/9/2022 | 1,000 | $3.43 | -$3,428.90 |
| **Class Period purchases:** | | **3,650** | | **-$12,485.95** |
| | LIFO Retained Purchases: | 3,650 | $0.64391 | $2,350.28 |

**\* Value of retained shares is the mean trading price from 03/13/2023 to 06/09/2023**

                                                          **LIFO Gain/(Loss):   -$10,135.67**

**EDGIO INC**

| Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|
| LLNW/EGIO | 53261M104 | B1YB674 | US53261M1045 |

**Peter Frouws - Account 3**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 10/23/2020 | 150 | $4.25 | -$637.50 |
| Purchase | 10/23/2020 | 3,000 | $4.24 | -$12,720.00 |
| Purchase | 10/23/2020 | 7,000 | $4.24 | -$29,680.00 |
| Purchase | 10/23/2020 | 9,000 | $4.24 | -$38,160.00 |
| Purchase | 12/3/2020 | 200 | $4.26 | -$852.00 |
| Purchase | 1/20/2021 | 650 | $4.00 | -$2,600.00 |
| **Class Period purchases:** | | **20,000** | | **-$84,649.50** |
| Sales | 2/24/2021 | -3000 | $3.37 | $10,110.00 |
| Sales | 2/24/2021 | -200 | $3.37 | $674.00 |
| Sales | 2/24/2021 | -150 | $3.37 | $505.50 |
| Sales | 2/24/2021 | -9000 | $3.37 | $30,330.00 |
| Sales | 2/24/2021 | -7000 | $3.37 | $23,590.00 |
| Sales | 2/24/2021 | -650 | $3.37 | $2,190.50 |
| **Class Period sales (matched to Class Period purchases):** | | **-20,000** | | **$67,400.00** |

LIFO Gain/(Loss):   *-$17,249.50*

**Peter Frouws - Account 1**      LIFO Gain/(Loss):   *-$350,029.68*

**Peter Frouws - Account 2**      LIFO Gain/(Loss):   *-$10,135.67*

**Peter Frouws - Account 3**      LIFO Gain/(Loss):   *-$17,249.50*

**Total LIFO Gain/(Loss):** *-$377,414.85*