# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mehran Esfandiari, et al., | No. CV-23-00691-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Edgio Incorporated, et al., | |
| Defendants. | |

Before the Court is the parties' Joint Stipulation (Doc. 25).  The Court finds cause to partially grant the extensions requested therein.  Accordingly,

**IT IS ORDERED** approving, in part, the Joint Stipulation (Doc. 25), as follows:

1. Lead Plaintiff will file an amended complaint on or before January 26, 2024;

2. Defendants will answer, move to dismiss, or otherwise respond to the amended complaint on or before February 26, 2024;

3. If Defendants move to dismiss the amended complaint, the briefing schedule set by the Local Rules shall apply.

**IT IS FURTHER ORDERED** that the Rule 16 Scheduling Conference set for January 8, 2024 (Doc. 24) is **vacated and reset to March 11, 2024, at 10:00 a.m.**  The remainder of the Court's Order (Doc. 24) is otherwise affirmed.

Dated this 14th day of December, 2023.

Honorable Diane J. Humetewa
United States District Judge