David B. Rosenbaum, 009819
Joseph N. Roth, 025725
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 640-9000
drosenbaum@omlaw.com
jroth@omlaw.com

George S. Canellos (*pro hac vice*)
Jed M. Schwartz (*pro hac vice*)
Nicole D. Valente (*pro hac vice*)
MILBANK, LLP
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5061
gcanellos@milbank.com
jschwartz@milbank.com
nvalente@milbank.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mehran Esfandiari, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Edgio, Inc. f/k/a Limelight Networks, Inc., Robert Lyons, Daniel Boncel, and Stephen Cumming,<br><br>Defendants. | No. 2:23-cv-00691-DJH<br><br>**SUGGESTION OF BANKRUPTCY** |

PLEASE TAKE NOTICE that on September 9, 2024, Defendant Edgio, Inc. f/k/a Limelight Networks, Inc., filed for a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, Case No. 24-11985-KBO.  Accordingly, the automatic stay applicable to the Edgio, Inc. bankruptcy estate is in effect.  11 U.S.C. § 362(a).

DATED this 11th day of September, 2024.

OSBORN MALEDON, P.A.

By  s/ David B. Rosenbaum
     David B. Rosenbaum
     Joseph N. Roth
     2929 N. Central Avenue, Suite 2000
     Phoenix, AZ 85012-2793

MILBANK, LLP

     George S. Canellos (*pro hac vice*)
     Jed M. Schwartz (*pro hac vice*)
     Nicole D. Valente (*pro hac vice*)
     55 Hudson Yards
     New York, NY 10001-2163

*Attorneys for Defendants*

2