# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mehran Esfandiari, et al., | No. CV-23-00691-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Edgio Incorporated, et al., | |
| Defendants. | |

Before the Court is an Application for Substitution of Counsel filed by Defendants Robert Lyons, Daniel Boncel, and Stephen Cumming. (Doc. 46). Pursuant to LRCiv 83.3(b)(1),

**IT IS ORDERED granting** Defendants' Application (Doc. 46). Scott B. Luftglass and Michael P. Sternheim of the law firm Fried, Frank, Harris, Shriver & Jacobson LLP shall be added as counsel for Defendants Robert Lyons, Daniel Boncel, and Stephen Cumming. The Clerk of Court shall terminate attorneys George S. Canellos and Jed Schwartz of Milbank LLP as attorneys of record for Defendants Robert Lyons, Daniel Boncel, and Stephen Cumming. David Rosenbaum and Joseph Roth of Osborn Maledon, P.A. remain counsel for these defendants.

Dated this 12th day of March, 2025.

Honorable Diane J. Humetewa
United States District Judge