David B. Rosenbaum, 009819
Joseph N. Roth, 025725
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 640-9000
drosenbaum@omlaw.com
jroth@omlaw.com

*Attorneys for Defendants Robert Lyons,
Daniel Boncel, and Stephen Cumming*

[Additional Counsel on Signature Page.]

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mehran Esfandiari, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Edgio, Inc., Robert Lyons, Daniel Boncel, and Stephen Cumming,<br><br>Defendants. | No. 2:23-cv-00691-PHX- DJH<br><br>**RESPONSE TO LEAD PLAINTIFF'S REQUEST TO PROCEED AGAINST NON-DEBTOR DEFENDANTS** |

Defendants Robert Lyons, Daniel Boncel, and Stephen Cumming (the "Individual Defendants") respectfully submit this response to Lead Plaintiff Peter Frouws's ("Plaintiff") request to proceed against the Individual Defendants (*see* Doc. 44 (the "Request")).

On February 27, 2025, the Court issued an order (the "Order") providing that (a) the claims against defendant Edgio, Inc. ("Edgio") only were stayed and were going to be dismissed, without prejudice, without further notice on March 7, 2025, unless a motion to lift the bankruptcy stay was filed; and (b) the pending motion to dismiss filed by Edgio and the Individual Defendants would be "denied without prejudice to re-file within 14 days of the stay being lifted in this Court." Doc. 41 at 2.

In response to the Order, Plaintiff filed the Request. In the Request, Plaintiff does not object to the Court's dismissal without prejudice of his claims against Edgio. Doc. 44 at 2. With respect to the Individual Defendants, Plaintiff proposed to proceed with his claims against them, noting that he has asserted claims against the Individual Defendants under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") in Count I and under Section 20(a) of the Exchange Act in Count II. *Id.* Specifically, Plaintiff proposed "that his claims against the [Individual] Defendants should be allowed to proceed and respectfully suggest[ed] that the existing briefing be refiled and be considered immediately ripe for resolution against all Defendants except Edgio." *Id.* at 7.

The Individual Defendants, like Plaintiff, do no object to the dismissal of all claims against Edgio. Furthermore, the Individual Defendants do not oppose, in principle, Plaintiff's proposal that the existing briefing on the motion to dismiss be refiled. However, the Individual Defendants note that they retained new counsel to represent them in this litigation (*see* Doc. 47 (granting Individual Defendants' application for a substitution of counsel)) and new counsel has been reviewing the filed motion to dismiss and existing briefing on that motion. In order for new counsel to complete this review and ensure, in accordance with their professional responsibilities, that they can recommend to their clients to proceed with the existing motion to dismiss briefing in this case, the

Individual Defendants respectfully request that the Court set a deadline of March 31, 2025 for the Individual Defendants to refile a motion to dismiss.  This proposed deadline is two weeks after the date of this filing and only ten days after the March 21, 2025 deadline to refile the motion to dismiss that the Court initially set in the Order.  *See* Doc. 41 at 2.  On March 13, 2025, counsel for the Individual Defendants met and conferred with counsel for Plaintiff regarding deadlines, and counsel for Plaintiff confirmed via email on March 17, 2025 that Plaintiff does not oppose a deadline of March 31, 2025 for Individual Defendants to refile a motion to dismiss.

For the reasons set forth above, the Individual Defendants respectfully request that the Court set a deadline of March 31, 2025 for Individual Defendants to refile a motion to dismiss.

Dated: March 17, 2025                              Respectfully submitted,

**OSBORN MALEDON, P.A.**

 /s/ Joseph N. Roth
David B. Rosenbaum
Joseph N. Roth
2929 N. Central Ave.
Suite 2000
Phoenix, AZ 85012
drosenbaum@omlaw.com
jroth@omlaw.com

**FRIED, FRANK, HARRIS,
   SHRIVER & JACOBSON LLP**
Scott B. Luftglass (*pro hac vice* forthcoming)
Michael P. Sternheim (*pro hac vice* forthcoming)
One New York Plaza
New York, New York 10004
scott.luftglass@friedfrank.com
michael.sternheim@friedfrank.com

*Attorneys for Defendants Robert Lyons,
Daniel Boncel, and Stephen Cumming*