UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mehran Esfandiari, Individually and on Behalf of All Others Similarly Situated, | No. 2:23-cv-00691-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Edgio, Inc., Robert Lyons, Daniel Boncel, and Stephen Cumming, | |
| Defendants. | |

The Court has reviewed the Lead Plaintiff's Request to Proceed Against Non-Debtor Defendants and the Response filed by Defendants Lyons, Boncel, and Cumming (the "Individual Defendants").

It is ordered that the Individual Defendants shall have until March 31, 2025 to refile a motion to dismiss.