David B. Rosenbaum, 009819
Joseph N. Roth, 025725
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
jroth@omlaw.com

Scott B. Luftglass (*pro hac vice*)
Michael P. Sternheim (*pro hac vice*)
FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
scott.luftglass@friedfrank.com
michael.sternheim@friedfrank.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mehran Esfandiari, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Robert Lyons, Daniel Boncel, and Stephen Cumming,<br><br>Defendants. | No. 2:23-cv-00691-DJH<br><br>**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** |

Lead Plaintiff Peter Frouws ("Lead Plaintiff") and Defendants Robert Lyons, Daniel Boncel, and Stephen Cumming (collectively, "Defendants," and together with Lead Plaintiff, the "Parties") jointly request that the Court enter a protective order to govern the discovery and use of confidential information in this action. Disclosure and

discovery activity in this action may involve production of confidential, proprietary, and/or private information for which special protections and restrictions on disclosure are warranted, as set forth in the accompanying proposed Protective Order.  The Parties agree that good cause exists for entry of the proposed Protective Order.

The proposed Protective Order addresses the requirements of LRCiv 5.6, which states that parties are not automatically permitted to file documents under seal, and incorporates the requirements for filing under seal set forth in *Ctr. for Auto Safety v. Chrysler Grp., L.L.C.,* 809 F.3d 1092, 1101 (9th Cir. 2016).

The Parties therefore request that the Court enter their proposed Protective Order lodged together with this joint motion.

RESPECTFULLY SUBMITTED this 14th day of November, 2025.

OSBORN MALEDON, P.A.

By:   *s/ Joseph N. Roth*
    David B. Rosenbaum
    Joseph N. Roth
    2929 N. Central Avenue, Suite 2000
    Phoenix, AZ 85012-2793

FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
Scott B. Luftglass (*pro hac vice*)
Michael P. Sternheim (*pro hac vice*)
One New York Plaza
New York, New York 10004

*Attorneys for Defendants*

SCOTT+SCOTT ATTORNEYS AT LAW LLP

By:   *s/ Cornelia Gordon (with permission)*
    Karolina Klyuchnikova (*pro hac vice*)
    Thomas L. Laughlin, IV (*pro hac vice*)
    The Hemsley Building
    230 Park Avenue, 24thh Floor
    New York, NY 10169

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Cornelia Gordon (*pro hac vice*)
600 West Broadway, Suite 3300
San Diego, California 92101

THE SCHALL LAW FIRM
Brian J. Schall
Brian R. England (AZ Bar No. 024888)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067

*Attorneys for Plaintiff*