# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mehran Esfandiari, et al., | No. CV-23-00691-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Edgio Incorporated, et al., | |
| Defendants. | |

Lead Plaintiff Peter Frouws and Defendants Robert Lyons, Daniel Boncel, and Stephen Cumming (collectively "the Parties") have filed a Stipulation Regarding Search and Production of ESI and Paper Documents (Doc. 71).  The Parties have agreed to the language of this Order and believe it is necessary to facilitate the discovery of electronically stored information.

Accordingly,

**IT IS ORDERED** that the Parties' Stipulation Regarding Search and Production of ESI and Paper Documents (Doc. 71) is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

## I.   PRODUCTION OF HARD-COPY DOCUMENTS – FORMAT

1.    **Hard-Copy Documents.**  Hard-copy Documents should be scanned as single-page, Group IV, 300 DPI TIFF images with an .opt image cross-reference file and a delimited database load file (*i.e*., .dat). Each image will have a file name that is the unique Bates number of that image.  The database load file should contain the following fields:

"BegBates," "EndBates," "BegAttach," "EndAttach," "Pages," "Volume," and "Custodian." The Documents should be logically unitized (*i.e.*, distinct Documents shall not be merged into a single record, and single Documents shall not be split into multiple records) and be produced in the order in which they are kept in the usual course of business. If an original Document contains color, and color is necessary to understand the meaning of the content of the Document, the Document shall be produced as single-page, 300 DPI JPG images with JPG compression and a high-quality setting as to not degrade the original image. Multi-page OCR text for each Document should also be provided. The OCR software shall maximize text quality. Settings such as "auto-skewing" and "auto-rotation" should be turned on during the OCR process.

## II.    PRODUCTION OF ESI

1.    **Format.**  The Documents will be produced as single-page, black-and-white, Group IV TIFF of at least 300 DPI resolution with corresponding multi-page text and necessary load files, with the exception of spreadsheet-type files, source code, and audio and video files, which will be produced in native format. If an original Document contains color, the Document will be produced as a single-page, 300 DPI JPG image with JPG compression and a high-quality setting, so as to not degrade the original image. Each image will have a file name that is the unique Bates number of that image. Original Document orientation shall be maintained (*i.e.*, portrait to portrait and landscape to landscape). The imaged data shall retain all attributes of the native Document. Produced TIFF/JPG images will show all text and images that are visible, or could be made visible, to the reader using the native software that created the Document. PowerPoint Documents must be processed with all hidden slides and speaker notes unhidden and must be processed to show both the slides and the speaker's notes on the TIFF/JPG image. Similarly, spreadsheets and other electronic Documents must be processed with hidden data, comments, and any user notes unhidden and must be processed to show separately both the original images and images containing any hidden data, comments, or user notes in TIFF/JPG format. Hidden content,

tracked changes or edits, comments, notes, and other similar information available within a Document in its native file format, shall also be imaged so that such content is viewable on the image file.  Documents that are difficult to render in TIFF/JPG because of technical issues, or any other Documents that are impracticable to render in TIFF/JPG format, may be produced in their native format with a placeholder TIFF image stating "Document Produced Natively."

2.      **Parent-Child Relationships.**  Except as provided in the second sentence of this paragraph, the Parties agree that if any part of an email or its attachments is responsive, the entire email and substantive attachments will be produced.  The Parties will meet and confer about whether there is an appropriate basis for withholding or redacting a family document for any reason other than attorney-client privilege, work product protection, or any other applicable privilege.  The relationship between attachments, enclosures, embedded files, and/or exhibits to any parent Document shall be preserved.  The child-Document should be consecutively produced immediately after the parent-Document. Each Document will be produced with the production number for the first and last page of that Document in the "BegBates" and "EndBates" fields of the data load file and with the "BegAttach" and "EndAttach" fields listing the production number for the first and last page in the Document family.

3.      At the request of the receiving Party, the producing Party will make a reasonable attempt to access and, if accessible within the producing Party's possession, custody or control, produce Documents that are links in email, Teams, Slack, or other computer programs or applications which point to Documents currently stored within the suite of software used for email, Teams, Slack, or other computer programs or applications (*i.e.*, Document hyperlinks in Gmail which point to Documents stored in Google G Suite, or Document hyperlinks in Outlook which point to Documents stored in Microsoft O365, or Document hyperlinks in Slack that point to Documents stored in Slack).  When

produced, Documents extracted from links shall be populated with the BegAttach and EndAttach metadata fields to show the family relationship.

4.    **Format - Native Files.**  If a Document is produced in native format, a single-page Bates-stamped slip sheet stating that the Document has been produced in native format must also be provided.  Spreadsheet-application files (*e.g.*, Excel, G Suite Sheets) and multimedia audio/visual files such as voice and video recordings (*e.g.*, .wav, .mpeg, and .avi), including multimedia audio/visual files within presentation files, shall be produced in native or other agreed upon format.  Each native file must be named according to the Bates number it has been assigned and must be linked directly to its corresponding record in the load file using the NativeFile field.  The corresponding load file shall include NativeFile information for each native file that is produced.  To the extent that a producing or receiving party believes that specific Documents (or classes of Documents) not already identified within this protocol should be produced in native format, the Parties should meet and confer in good faith to address the issue.

5.    **De-Duplication.**  Each Party shall remove exact duplicate Documents based on MD5 or SHA-1 hash values, at the family level.  Attachments should not be eliminated as duplicates for purposes of production, unless the parent email and all attachments are also duplicates.  An email that includes content in the BCC or other blind copy field shall not be treated as a duplicate of an email that does not include content in those fields, even if all remaining content in the email is identical.  Removal of near-duplicate Documents and e-mail thread suppression is not acceptable.  De-duplication should be done across the entire collection (global de-duplication) and the CustodianAll field should list each custodian, separated by a semicolon, who was a source of that Document and the LogicalPathDup field will list each file path, separated by a semicolon, that was a source of that Document.  Should the CustodianAll or LogicalPathDup metadata fields produced become outdated due to rolling productions, an overlay file providing all the custodians

and file paths for the affected Documents shall be produced prior to substantial completion of the Document production.

6.     **Metadata.**  All ESI shall be produced with a delimited, database load file that contains the metadata fields listed in Appendix 1, attached hereto, that are reasonably available for each particular produced document.  The metadata produced shall have the correct encoding to enable preservation of the Documents' original language.

7.     **Password-Protected Files.**  In the event that encrypted or password-protected documents and ESI are included in a production, the producing Party shall take reasonable steps to open and/or decrypt such documents so they can be successfully processed for review and production.  If a producing Party produces a password-protected document that it has determined is a non-responsive member of a document family containing one or more responsive documents, the producing Party will notify the receiving Party.  If the receiving Party so requests, the Parties will meet and confer regarding potential decryption and production of the file.

8.     **Technology Assisted Review.**  Predictive coding/technology-assisted-review must not be used for the purpose of culling the Documents to be reviewed or produced without notifying the other party before use and with ample time to meet and confer in good faith regarding a potentially mutually agreeable protocol.  Each party reserves all its rights to object to the other Party's use of predictive coding/technology-assisted-review absent agreement of the Parties.

9.     **Search Parameters.**  The Parties understand and agree that each Party will apply search parameters (*e.g.*, search terms, date ranges, etc.) for the purpose of identifying potentially relevant documents; provided, however, that the Parties shall meet and confer in good faith regarding a potentially mutually agreeable protocol for the application of such parameters.  Each Party reserves all its rights to object to the other Party's use of search terms absent agreement of the Parties.

10. **Embedded Objects.** Embedded files shall be produced as attachments to the Document that contained the embedded file, with the parent-child relationship preserved. The embedded files and the original Document containing the embedded files shall all be produced in accordance with the formats agreed upon herein. The embedded files will be marked with a "YES" in the load file under the "Is Embedded" metadata field. Logos, signature images, MS Office embedded images, MS Office embedded objects, and email inline images are excluded from extraction and need not be produced as separate documents. If the receiving Party wishes to have an embedded object extracted, the Parties will meet and confer regarding the request.

11. **Compressed File Types.** Compressed file types (*e.g.*, .ZIP, .RAR, .CAB, .Z) should be decompressed so that the lowest level Document or file is extracted.

12. **Structured Data.** To the extent a response to discovery requires production of ESI in a database, the Parties will meet and confer regarding methods of production, including the potential cloning of the database and/or whether relevant information may be provided by querying the database for discoverable information and generating a report in a reasonably usable and exportable electronic file.

13. **Encryption.** To maximize the security of information in transit, any media on which Documents are produced may be encrypted. In such cases, the Parties will transmit the encryption key or password to the non-producing party, under separate cover, contemporaneously with sending the encrypted media.

14. **Redactions.** If Documents that the Parties have agreed should be produced in native format need to be redacted, the Parties will meet and confer regarding how to implement redactions while ensuring that proper formatting and usability are maintained.

15. **Privilege Log Production.** Documents withheld from a production pursuant to an attorney-client, work product, or other applicable privilege or immunity, shall be identified on a privilege log, which shall be provided by the producing Party in a format that can be easily searched and sorted (*e.g.*, Excel). For each document withheld, the

producing Party may provide a "Hybrid Categorical Privilege Log" with the following information:

    a.    Extracted metadata (Custodian, CustodianAll, EmailSubject, Title, DateSent, To, From, CC, BCC, Author, FileName, DateMod, DateCreated, and DocExtension) to the extent it is applicable and/or reasonably available for the ESI being withheld and does not reflect the privileged and protected information;

    b.    Attorneys in the To, From, CC and BCC metadata fields shall be identified by using symbols, such as an asterisk, within the log itself;

    c.    A listing of the privilege source for each entry if not apparent in the To, From, CC and BCC fields;

    d.    A listing of any and all applicable categories from the predetermined and agreed upon privilege category descriptions (about which the Parties will meet and confer); and

    e.    The type and nature of the privilege asserted (*e.g.*, attorney-client privilege, work product doctrine, etc.).

16.    Documents presumptively not to be logged on a privilege log include: (a) communications between a party and its counsel regarding this action and/or any other actual or potential litigation or government investigation related to similar underlying facts as alleged in the Amended Complaint (Doc. 32) (the "Covered Matters"); and (b) attorney work product created by or at the request of outside litigation counsel in connection with the Covered Matters.

17.    **Amendments.** The parties may agree to minor modifications or amendments to this ESI Protocol during the course of discovery by agreement in writing and without leave of the Court.

Dated this 17th day of November, 2025.

Honorable Diane J. Humetewa
United States District Judge

- 7 -

Appendix 1: ESI Metadata and Coding Fields

| Field Name[1] | Populated For (*Email, Edoc, Calendar, Contact, Cellphone, or All*) | Field Description |
|---|---|---|
| BegBates | All | Beginning page Bates number. |
| EndBates | All | Ending page Bates number. |
| BegAttach | All | Beginning page of attachment range (First production Bates number of the first Document of the family). |
| EndAttach | All | Ending page of attachment range (Last production Bates number of the last Document of the family). |
| AttachmentCount | Email | The number of attachments to an email. |
| AttachName | Email | The file name(s) of attachments to a parent Document (separated by a semicolon). |
| Custodian | All | Custodian name (ex. John Doe). |
| DupCust, CustodianOther, or CustodianAll | All | All custodians who were in possession of a de-duplicated Document besides the individual identified in the "Custodian" field. |
| LogicalPath | All ESI Items | The directory structure of the original file(s). Any container name is included in the path. |
| LogicalPathDup | Email Edoc | The file paths from the locations in which the duplicate Documents were stored in the usual course of business. |
| Hash Value | All | The MD5 or SHA-1 hash value. |
| NativeFile | All | Native File Link. |
| EmailSubject | Email | Subject line of email. |
| DateSent | Email | Date email was sent (mm/dd/yyyy format). |
| TimeSent | Email | Time email was sent. |
| TimeZoneUsed[2] | All | Time zone used to process data during Document collection and processing. |
| ReceiveTime | Email | Time email was received. |
| ReceiveDate | Email | Date email was received. (mm/dd/yyyy format). |
| DateMod | Email, Edoc | Date the Document was modified. (mm/dd/yyyy hh:mm:ss format).[3] |
| To | Email | All recipients that were included on the "To" line of the email. |
| From | Email | The name and email address of the sender of the email. |
| CC | Email | All recipients that were included on the "CC" line of |

---

[1]    Field Names can vary from system to system and even between different versions of systems. Thus, the Parties are to be guided by these Field Names and Field Descriptions when identifying the metadata fields to be produced for a given document pursuant to this ESI Protocol.

[2]    ESI items shall be processed in a matter that preserves their existing time, date, and time-zone metadata.

[3]    ESI items shall be processed as to preserve the date/time shown in the document as it was last saved, not the date of collection or processing.

| Field Name[1] | Populated For (*Email, Edoc, Calendar, Contact, Cellphone, or All*) | Field Description |
|---|---|---|
| | | the email. |
| BCC | Email | All recipients that were included on the "BCC" line of the email. |
| DateCreated | Edoc | Date the Document was created.  (mm/dd/yyyy hh:mm:ss format) |
| FileName | Email, Edoc | File name of the edoc or email. |
| DocExt | Email, Edoc | File extension of the Document. |
| File Size | Email, Edoc | Size (in kilobytes) of the source native file. |
| Title | Edoc | Any value populated in the Title field of the Document properties. |
| Subject | Edoc | Any value populated in the Subject field of the Document properties. |
| Author | Edoc | Any value populated in the Author field of the Document properties. |
| TextPath | All | Relative path to the Document level text file. |
| Redacted | All | "X," "Y," "Yes," and "True" are all acceptable indicators that the Document produced was redacted by the producing Party.  Otherwise, blank. |
| Paper | All | "Y" if Document is scanned from hard copy in connection with the collection and production of Documents in this matter. |
| Confidentiality | All | Indicates if Document has been designated as "Confidential" or "Highly Confidential" under the Protective Order. |
| Page Count | All | Indicates the number of pages within the Document. |
| Is Embedded | Email Edoc | Descriptor for Documents that are embedded in another Document.  "X," "Y," "Yes," and "True" are all acceptable indicators that the Document is embedded. |
| Production Volume | All | Production Volume Name. |

- 9 -