Karolina Klyuchnikova (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Hemsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
kklyuchnikova@scott-scott.com

*Co-Lead Counsel for Lead Plaintiff and the Proposed Class*

David B. Rosenbaum
**OSBORN MALEDON, P.A.**
2929 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2793

*Counsel for Defendants*

[Additional counsel for all parties listed on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Frouws, Individually and on behalf of all others similarly situated, et al.,<br><br>               Plaintiff,<br>       v.<br><br>Robert Lyons, Daniel Boncel, and Stephen Cumming,<br><br>              Defendants. | Case No. CV-23-00691-PHX-DJH<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION AND PROPOSED STIPULATED ORDER FOR STAY** |

1

The Parties jointly report that, following mediation, they have reached an agreement in principle to settle this action.

As a result, the Parties respectfully request that all litigation deadlines and non-settlement related matters in this case be stayed to allow the Parties to prepare the customary Stipulation of Settlement and related papers (including proposed forms of notice to the class) contemplated by Federal Rule of Civil Procedure 23. The Parties presently anticipate that the Stipulation of Settlement and related papers will be finalized in time for the Lead Plaintiff to submit them to the Court, together with a motion for preliminary approval of the settlement, by or before February 11, 2026.

Should the Court require any additional information, counsel for the Parties are at the Court's disposal.

Dated: December 11, 2025             **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ Karolina Klyuchnikova
William C. Fredericks (*pro hac vice*)
Thomas L. Laughlin, IV (*pro hac vice*)
Karolina Klyuchnikova (*pro hac vice)*
The Hemsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
kklyuchnikova@scott-scott.com
tlaughlin@scott-scott.com
wfredericks@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Cornelia Gordon (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
cgordon@scott-scott.com

THE SCHALL LAW FIRM
Brian J. Schall
Brian R. England (AZ Bar No. 024888)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile: 310-388-0192
brian@schallfirm.com

BrianE@schallfirm.com

*Co-Lead Counsel for Lead Plaintiff and the Proposed Class*

OSBORN MALEDON, P.A.

/s/ Joseph N. Roth
David B. Rosenbaum
Joseph N. Roth
2929 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2793

FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
Scott B. Luftglass (*pro hac vice*)
Michael P. Sternheim (*pro hac vice*)
One New York Plaza
New York, New York 10004

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of December 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which will send a Notice of Electronic Filing to all registered counsel of record.

/s/ Karolina Klyuchnikova
Karolina Klyuchnikova (*pro hac vice*)