**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Peter Frouws, Individually and on behalf of all others similarly situated, et al., | Case No. CV-23-00691-PHX-DJH |
| Plaintiff, | **ORDER FOR STAY** |
| v. | |
| Robert Lyons, Daniel Boncel, and Stephen Cumming, | |
| Defendants. | |

The Court having been advised that the parties have reached a settlement in principle in the above captioned matter, upon the parties' joint motion for a stay it is hereby ORDERED that all current litigation deadlines are suspended and all non-settlement related proceedings in this matter are stayed pending further order of the Court.

1