**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mehran Esfandiari, et al., | No. CV-23-00691-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Edgio Incorporated, et al., | |
| Defendants. | |

This matter is before the Court on the "Joint Notice of Settlement in Principle" and request to stay (Doc. 78), filed on December 11, 2025.  Accordingly,

**IT IS ORDERED granting** the request to stay (Doc. 78).  A motion for preliminary approval of the class settlement shall be filed on or before February 11, 2026.

Dated this 11th day of December, 2025.

Honorable Diane J. Humetewa
United States District Judge