SCOTT+SCOTT ATTORNEYS AT LAW LLP
William C. Fredericks (*pro hac vice*)
Thomas L. Laughlin, IV (*pro hac vice*)
Karolina Klyuchnikova (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Cornelia Gordon (*pro hac vice*)
600 West Broadway, Suite 3300
San Diego, CA 92101

THE SCHALL LAW FIRM
Brian J. Schall
Brian R. England (AZ Bar No. 024888)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067

*On behalf of the Lead Plaintiff, Peter Frouws*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| PETER FROUWS, Individually And On Behalf Of All Others Individually Situated, Et Al., | No. 2:23-cv-00691-PHX-DJH |
| Plaintiff, | CLASS ACTION |
| v. | **LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| ROBERT LYONS; DANIEL BONCEL; AND STEPHEN CUMMING, | |
| Defendants. | |

1  **PLEASE TAKE NOTICE** that Lead Plaintiff Peter Frouws ("Lead Plaintiff") hereby does move for an order pursuant to Federal Rule of Civil Procedure 23(e)(1) that will: (1) preliminarily approve the proposed Settlement[1] of this Action; (2) approve the form and manner of giving notice of the proposed Settlement to the Settlement Class; (3) authorize the retention of A.B. Data, Ltd. as the administrator for the Settlement, and Huntington National Bank as Escrow Agent; and (4) schedule a final settlement hearing before the Court to determine whether the proposed Settlement, proposed Plan of Allocation, and Co-Lead Counsel's motion for attorneys' fees and litigation expenses should be approved ("Settlement Hearing").

In support of this motion, Lead Plaintiff relies on the accompanying Memorandum of Law, Declaration of Karolina Klyuchnikova in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class, and Exhibits thereto filed herewith, the pleadings and records on file in this action, and such other matters as the Court may consider.

Respectfully submitted,
SCOTT+SCOTT ATTORNEYS AT LAW LLP

By:  */s/ Karolina Klyuchnikova*
William C. Fredericks (*pro hac vice*)
Thomas L. Laughlin, IV (*pro hac vice*)
Karolina Klyuchnikova (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
wfredericks@scott-scott.com
tlaughlin@scott-scott.com
kklyuchnikova@scott-scott.com

---

[1] Unless otherwise indicated, capitalized terms shall have their meaning as defined in the Stipulation and Agreement of Settlement attached hereto as Exhibit 1.

1
2
3
4
5
6
7
8
9
10
11

          SCOTT+SCOTT ATTORNEYS AT LAW LLP
          Cornelia Gordon (*pro hac vice*)
          600 West Broadway, Suite 3300
          San Diego, CA 92101
          Telephone: (619) 233-4565
          Facsimile: (619) 233-0508
          cgordon@scott-scott.com

          THE SCHALL LAW FIRM
          Brian J. Schall
          Brian R. England (AZ Bar No. 024888)
          2049 Century Park East, Suite 2460
          Los Angeles, CA 90067
          Telephone: (310) 301-3335
          Facsimile (310) 388-0192
          brian@schallfirm.com
          briane@schallfirm.com

12          *On behalf of the Lead Plaintiff, Peter Frouw*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
CASE NO.  No. 2:23-cv-00691-PHX-DJH

2